LINDA MILLER SAVITT, SBN 94164
lsavitt@brgslaw.com
JEFFREY P. FUCHSMAN, SBN 105651
jfuchsman@brgslaw.com
RAMI YOMTOV, SBN 263774          JS-6
ryomtov@brgslaw.com
BALLARD ROSENBERG GOLPER & SAVITT, LLP
500 North Brand Boulevard, Twentieth Floor
Glendale, California 91203-9946
Telephone:  (818) 508-3700
Facsimile:   (818) 506-4827

Attorneys for Defendant
HYDRAULICS INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FERNANDO VEGA as an individual and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HYDRAULICS INTERNATIONAL, INC., dba HYDRAULICS INTERNATIONAL, INC. GROUP, a California Corporation; and DOES 1 through 10,<br><br>　　　　Defendants. | Case No. CV13-9167 JFW (PJWx)<br><br>**ORDER OF DISMISSAL OF LAWSUIT PURSUANT TO STIPULATION OF THE PARTIES**<br><br>PTC Date:    December 5, 2014<br>Trial Date:   December 16, 2014 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

449883.1

**ORDER**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the above-entitled action is dismissed pursuant to Fed. R. Civ. P. 41(a). The parties are to bear their own costs and attorney's fees.

Dated: October 1, 2014_____

_____
HONORABLE JOHN F. WALTER
United States District Judge